**FILED**
JUN 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8527

| UNITED STATES OF AMERICA, | ) | Magistrate Case. No.: |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., § 1326 |
| Ramon MARTINEZ-Gonzalez, | ) | Attempted Entry After Deportation (Felony) |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about June 10, 2008, within the Southern District of California, defendant Ramon MARTINEZ-Gonzalez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11TH DAY OF JUNE 2008.

_____
JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ramon MARTINEZ-Gonzalez

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to Border Patrol Agent M. Tecpanecatl which is based upon the statements of the apprehending Border Patrol Agent A. Luzbert that the Defendant was found and arrested on June 10, 2008, approximately seven miles east of Calexico, CA.

Agent Luzbert was performing his assigned Border Patrol duties approximately seven miles east of downtown the Calexico Port of Entry. At approximately 6:00 p.m., the Remote Video Surveillance System (RVSS) operator observed a raft with several individuals on it illegally enter the United States. The RVSS operator maintained constant visual of the group as they ran north. Agent Luzbert responded to the area. The RVSS operator guided Agent Luzbert to the groups' location. Agent Luzbert found the subjects and identified himself as a United States Border Patrol Agent. Agent Luzbert questioned all the subjects as to their immigration status. All the subjects stated they were citizens of Mexico illegally in the United States. All of the individuals were arrested and transported to the Calexico Border Patrol Station for further processing.

Records checks disclosed MARTINEZ-Gonzalez was deported on June 15, 1994, by an Immigration Judge and has an extensive criminal record.

There is no evidence MARTINEZ-Gonzalez has sought or receive permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.