Frank A. Balistrieri
Attorney at Law
CSB #93338
185 West F Street, Suite 100
San Diego, CA 92101
Telephone:(619) 881-7487
E-mail: fbalistrieri@cox.net

Attorneys for Defendant, RAMON MARTINEZ-GONZALEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-2279-DMS |
| Plaintiff, | ) | |
| v. | ) | |
| RAMON MARTINEZ-GONZALEZ, | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| Defendant. | ) | |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES,** Frank A. Balistrieri, counsel for Ramon Martinez-Gonzalez, along with Assistant United States Michelle M. Pettit, that the sentencing hearing set for August 22, 2008, at 9:00 a.m., be rescheduled to September 12, 2008, at 9:00 a.m.

///

1                                    Respectfully submitted,

2  Dated: August 1, 2008              /s/Frank A. Balistrieri
                                      Frank A. Balistrieri,
3                                     Attorney for Defendant,
                                      RAMON MARTINEZ-GONZALEZ
4

5

6  Dated: August 1, 2008              /s/Michelle M.Pettit
                                      Michelle M. Pettit,
7                                     Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATION OF SERVICE</u>

I, Frank A. Balistrieri, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion To Continue Sentencing Hearing", I have caused a copy of same to be served via electronic mail upon the following:

<u>michelle.pettit@usdoj.gov</u>
<u>efile.dkt.gc2@usdoj.gov</u>

Dated: August 1, 2008                    Respectfully submitted,

                                        <u>/s/Frank A.Balistrieri</u>
                                        Frank A. Balistrieri,
                                        Attorney for
                                        RAMON MARTINEZ-GONZALEZ